UNITED STATES of America,
Plaintiff and Appellee,

v.

Haywood ERWING, Jr., Appellant.

No. 23309.

United States Court of Appeals,
Ninth Circuit.

April 13, 1971.

Michael Kennedy, of Kennedy & Rhine, San Francisco, Cal., for appellant.

Harry D. Steward, U. S. Atty., Robert H. Filsinger, Chief, Crim. Div., Phillip W. Johnson, Sp. Asst. U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS and HAMLEY, Circuit Judges, and GOODWIN *, District Judge.

PER CURIAM:

The request to delay submission and strike brief is denied.

The judgment of conviction is affirmed.

Counsel, Dennis J. Roberts, is authorized to withdraw as attorney of record.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Ronald Elliott LUNDER, Defendant-Appellant.

No. 26583.

United States Court of Appeals,
Ninth Circuit.

April 7, 1971.

Stanley J. Friedman, of Herzstein, Maier, Friedman, & Lippett, San Francisco, Cal., for appellant.

James L. Browning, Jr., U. S. Atty., James L. Hazard, Asst. U. S. Atty., F. Steele Langford, Chief, Criminal Division, San Francisco, Cal., for appellee.

Before DUNIWAY, ELY, and HUFSTEDLER, Circuit Judges.

PER CURIAM:

The judgment must be reversed. United States v. French, 9 Cir., 1970, 429 F.2d 391, and United States v. Newton, 9 Cir., 1970, 435 F.2d 671 are controlling. The government agrees.

Reversed.

* District Judge Alfred T. Goodwin, of the District of Oregon, sitting by designation.